UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCIDERA CANINE, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>FRED HUTCHINSON CANCER RESEARCH CENTER; ARGUS GENETICS, LLC; and MARS, INC.,<br><br>             Defendants. | Case No.  2:11-cv-02798-JAM-GGH<br><br>**ORDER ON DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY PLAINTIFF'S COMPLAINT** |

Before the Court is Defendants' Motion to Dismiss, Transfer, or Stay Plaintiff's Complaint. After considering the papers filed and the arguments of counsel, as well as the evidence submitted in support thereof, the Court GRANTS Defendants' motion and dismisses the complaint in favor of the action currently pending between the parties in the Eastern District of Virginia.

Accordingly, Plaintiff's alleged causes of action as set forth in its complaint of October 24, 2011 [Dkt. No. 1], are hereby DISMISSED without prejudice and the case is CLOSED.

IT IS SO ORDERED.

Dated:   3/6/2012

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge